UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-10836-ODW (ASx) | Date | June 15, 2022 |
|---|---|---|---|
| Title | *Alyssa Mueller v. RSCR California Inc., et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | XTR 06/15/22 |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Henna H. Choi | | Phil J. Montoya, Jr. |
| Young W. Ryu | | |

**Proceedings (In Chambers):**   **Order Re Informal Discovery Conference (Dkt. No. 31)**

Pursuant to the parties' request, an informal discovery conference ("IDC") was held, telephonically on June 15, 2022, to address the parties' dispute regarding Plaintiff's continued Rule 30(b)(6) deposition for RSCR California, Inc.'s person most qualified, Josie Guerrero, and Plaintiff's depositions of Serena Rojas and Marisa Sandoval. (Dkt. No. 31). On June 13, 2022, Defendants submitted further briefing on the informal discovery dispute, along with the Declaration of Phil J. Montoya, Jr. and exhibits in response to this Court's June 7, 2022 Order. (Dkt. No. 32).

The continued Rule 30(b)(6) deposition of Guerrero and the depositions of Rojas and Sandoval noticed by Plaintiff will proceed during the week of June 27, 2022. The parties shall meet and confer regarding dates and times for scheduling the depositions.

Plaintiff's request that Rojas and Sandoval testify as Rule 30(b)(6) witnesses for Topics 4-6 and 11(a) of Plaintiff's Rule 30(b)(6) deposition notice is DENIED. Plaintiff's request to question Rojas on Topic 3 of the Rule 30(b)(6) deposition notice is DENIED as Guerrero already testified in response to that Topic at her May 18, 2022 deposition.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 20-10836-ODW (ASx) | Date | June 15, 2022 |
|---|---|---|---|
| Title | *Alyssa Mueller v. RSCR California Inc., et al.* | | |

cc: Otis D. Wright
United States District Judge

:  21
Initials of Preparer