UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 20-10836-ODW (ASx) | Date | June 23, 2022 |
|---|---|---|---|
| Title | *Alyssa Mueller v. RSCR California Inc., et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings (In Chambers):**   **Order Re Informal Discovery Conference (Dkt. No. 37)**

On June 20, 2022, the parties submitted a request for an informal discovery conference relating to Plaintiff's Interrogatories, Set One. (See Dkt. No. 37). The Court, having reviewed the parties' submissions, DENIES the requested relief.

Plaintiff seeks to compel Defendants to change their responses to written discovery to state that Plaintiff was jointly employed by both Defendant RSCR California, Inc. ("RSCR") and Defendant ResCare, Inc. ("ResCare"). Defendants argue that Plaintiff seeks to compel Defendants to adopt Plaintiff's legal theory of liability through written discovery by requiring them to admit RSCR and ResCare are Plaintiff's joint employers. The Court finds that Defendants' interrogatory responses are sufficient on these grounds, and Defendants need not revise their responses regarding Plaintiff's employer.

The hearing on July 8, 2022 is VACATED and taken off calendar. The parties may notify the Court if there is still a need for a hearing on this issue.

The parties may avail themselves of the Court's informal discovery dispute resolution process to resolve any remaining discovery issues. (See Judge Sagar's Procedures).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-10836-ODW (ASx) | Date | June 23, 2022 |
|---|---|---|---|
| Title | *Alyssa Mueller v. RSCR California Inc., et al.* | | |

cc: Otis D. Wright
United States District Judge

: 00
Initials of Preparer