JS-6
NOTE: CHANGES MADE BY THE COURT

# United States District Court
# Central District of California

| | |
|---|---|
| ALYSSA MUELLER,<br><br>Plaintiff,<br><br>v.<br><br>RSCR CALIFORNIA, INC., et al.,<br><br>Defendants. | Case № 2:20-CV-10836-ODW (ASx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 15, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**